# United States District Court

**OF THE** ——— **DISTRICT OF** ——— **COLUMBIA**

ERNEST D. SMITH
    PLAINTIFF,

V.

EDWARD F. REILLY, JR.
CHAIRMAN OF THE U.S. PAROLE
COMMISSION, et.al

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 07 1934

FILED OCT 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __ERNEST D. SMITH #11565-007__, declare that I am the *(check appropriate box)*

[X] petitioner/plaintiff     [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] _____ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: A civil action against the United States Parole board.

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes [X]    No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   $12.00 per month
   U.S.P. Lewisburg Auto Heat Vocational Course
   P.O. Box #1000 Lewisburg, Pa 17837

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?    Yes [ ]   No [X]
   b. Rent payments, interest or dividends?    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]   No [X]
   d. Gifts or inheritances?    Yes [ ]   No [X]
   e. Any other sources?    Yes [ ]   No [X]

RECEIVED SEP 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes [X]   No [ ]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $00.40

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]   No [X]
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/27/07__          _Ernest Smith_
              (Date)              Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __.49__ on account to his credit at the __U.S. Penitentiary Lewisburg, PA__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's average balance was $ __50.11__

_C. Watts, Inmate Accounts_
Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____    _____
United States Judge   Date    United States Judge   Date
                              or Magistrate

A05-0095