CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST D. SMITH ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 07-1934 (RMC) |
| ) | |
| EDWARD F. REILLY, JR., et al. ) | Category    F |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 31, 2007 from Judge Colleen Kollar-Kotelly to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kollar-Kotelly & Courtroom Deputy
Judge Collyer & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓