UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ernest D. Smith,
Reg. 11565-007

    Plaintiff,

v.

                              Civil Action No. 07-1934-CKK

Edward F. Reilly, Jr. et al.,

    Defendants.

## MOTION TO STAY PROCEEDINGS

NOW comes the plaintiff Ernest D. Smith, pro se, hereby respectfully request this Court to stay the proceedings for the following reasons:

1.) Currently pending in this Court is a Civil complaint before Judge Ellen Segal Huevelle, <u>Sellmon v. Reilly, case No. 1:06-cv-01650-ESH</u> that addresses related issues as plaintiff, that;

(A) Both complaints address the same Ex Post Facto Clause claim and the legal issues in both cases include whether Defendants significantly increase the risk that an offender will serve a longer period of incarceration by using United States Parole Guidelines to (1) add a period of months to an offenders minimum sentence (i.e., the period of incarceration the offender had to serve before becoming eligible for parole) to establish a new presumptive period of incarceration an offender must serve to being deemed suitable for parole where, under D.C. Parole Board guidelines and practices, no such additional period was added; and (B) refuse to give an offender credit for his program achievement where the D.C. Parole Board would have.

(2.) It would serve the best interest of all parties and this Court in order to maintain consistency in the Courts' rulings, and in this way neither party is therefore prejudiced by a preceeding ruling.

## CONCLUSION

Plaintiff, therefore prays that his motion to STAY THE PROCEEDINGS be granted.

Respectfully Submitted,

*Ernest Smith*
Ernest D. Smith
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. BOX 1000
Lewisburg, PA 17837