UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST D. SMITH, PRO SE<br>Fed. Reg. No. 11565-007<br>USP Lewisburg<br>P.O. Box 1000<br>Lewisburg, PA 17837<br><br>    Plaintiff<br> v.<br><br>EDWARD F. REILLY, JR., Chairman<br>of the U.S. Parole Commission,<br><br>CRANSTON J. MITCHELL, Commissioner<br>of the U.S. Parole Commission,<br><br>DEBORAH A. SPAGNOLI, Commissioner<br>of the U.S. Parole Commission,<br><br>PATRICIA K. CUSHWA, Commissioner<br>of the U.S. Parole Commission, and<br><br>ISAAC FULWOOD, Jr., Commissioner<br>of the U.S. Parole Commission<br><br>  U.S. Parole Commission<br>  5550 Friendship Blvd., Suite 420<br>  Chevy Chase, MD 20815-7286<br><br>    Defendants. | Civil Action No.: 07-1934 (CKK) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendants in the above-captioned case.

        /s/
_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Ernest F. Reilly, Jr.**, by mail postage pre-paid and addressed as follows:

ERNEST F. REILLY, JR.
R# 11565-007
LEWISBURG USP
P.O. BOX 1000
LEWISBURG, PA 17837

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov