UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERNEST SMITH,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EDWARD F. REILLY, Chairman,** )<br>**United States Parole Commission, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-cv-1934 (CKK) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until March 10, 2008, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his complaint in this Court on or about December 6, 2007. In his complaint, Plaintiff seeks to compel Defendants to reconsider his application for parole. Defendants' answer or response to the Complaint is due on or before February 11, 2008.

2. The undersigned has been in contact with the United States Parole Commission ("USPC"), the entity that denied Plaintiff's application for parole. The undersigned is still conferring with the USPC on an appropriate response to Plaintiff's complaint.

3. The undersigned is seeking an enlargement until March 10, 2008, to enable review of Plaintiff's administrative file and the preparation of an answer or other appropriate response.

4.  Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, Defendants respectfully request that this enlargement be granted.  A minute order is respectfully requested.

Dated: February 10, 2008

                                              Respectfully submitted,

                                              /s/
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                              /s/
                                      RUDOLPH CONTRERAS, D.C. BAR #  434122
                                      Assistant United States Attorney

                                              /s/
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W. – Room 4210
                                      Washington, D.C. 20530
                                      (202) 514-7157

                                      COUNSEL FOR DEFENDANTS

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

# **CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Ernest D. Smith, Pro se
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA
17837

on this 10th day of February 2008.  _____/s/_____
                                                                         KENNETH ADEBONOJO
                                                                         Assistant United States Attorney