UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-cv-1934 (RMC) |
| EDWARD F. REILLY, Chairman, United States Parole Commission, et al. | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

Pursuant Federal Rules of Civil Procedure, Defendants through counsel, respectfully request an enlargement of time until March 10, 2008, to file a response to Plaintiff's Motion to Stay Proceedings. In support of this motion, Defendants state the following:

1. This case was recently assigned to the undersigned who only recently became aware of Plaintiff's Motion to Stay Proceedings.

2. The Court recently granted Defendants' request for an extension until March 10, 2008, to file an answer or other response.

3. The undersigned is seeking an enlargement of the same time frame, March 10, 2008, to file a response to Plaintiff's Motion to Stay Proceedings.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

Dated: February 15, 2008

        Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File a Response to Plaintiff's Motion to Stay Proceedings to be served by first class mail upon *pro se* plaintiff at:

Ernest D. Smith, Pro se
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA
17837

on this 15th day of February 2008.   \_\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157