UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERNEST SMITH,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EDWARD F. REILLY, Chairman,** )<br>**United States Parole Commission, et al.** )<br>)<br>Defendants. )<br> ) | Civil Action No.: 07-cv-1934 (RMC) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until April 7, 2008, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. In his complaint, Plaintiff seeks to compel Defendants to reconsider his parole application. An answer of other response is due on March 10, 2008.

2. Initially, Defendants contemplated filing an answer and prepared toward that objective. However, in light of Defendants' responses to other similar filings, Defendants believe that a dispositive motion might be more apropos.

3. As a result, additional time is needed to gather records to support a dispositive motion and Defendants are seeking the additional time in order to do so.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted.  A minute order is respectfully requested.

Dated: March 7, 2008                      Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

  /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Defendants' Motion to Enlarge Time to File an Answer or Other Response to be served by first class mail upon *pro se* plaintiff at:

Ernest D. Smith, Pro se
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA
17837


on this 7th day of March 2008         _____/s/_____
                                                              KENNETH ADEBONOJO
                                                              Assistant United States Attorney
                                                              United States Attorney's Office
                                                              Civil Division
                                                              555 4th Street, N.W. – Room 4210
                                                              Washington, D.C. 20530
                                                              (202) 514-7157