UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ernest D. Smith,
Reg. 11565-007
    Plaintiff,

v.                                          Civil Action No. 07-1934-RMC

Edward F. Reilly Jr, et al.,
    Defendants.

MOTION TO GRANT SUMMARY JUDGEMENT
IN MOTION TO STAY PROCEEDINGS

NOW comes the plaintiff Ernest D. Smith, pro se, hereby respectfully request this Court to grant summary judgement in plaintiffs' motion to stay the proceedings in the above captioned proceedings until the outcome of the related civil complaint before Judge Ellen Segal Huevelle, Sellmon v. Reilly, case No. 1:06-cv-01650-ESH.

Pursuant to Federal Rules of Civil Procedures **RULE 8(D)** "Averments in a pleading to which a responsive pleading is required ... are[**conceeded**] when not denied in the responsive pleading."

Plaintiff, therefore respectfully prays that his motion to STAY THE PROCEEDINGS BE GRANTED.

Respectfully Submitted,

*Ernest D Smith*
Ernest D. Smith,
Reg. No. 11565-007
U.S.P Lewisburg
P.O. BOX 1000
Lewisburg, PA 17837

cc: KENNENTH ADEBONOJO
    Assistant United States Attorney
    555 4th St. N.W.
    Washington, D.C. 20530

RECEIVED
MAR 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT