UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


ERNEST D. SMITH

       PLAINTIFF,

V.

EDWARD F. REILLY Jr., et al.

       DEFENDANTS,

Civil Action No. 07cv-1934(RMC)

**RECEIVED**

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANTS'
ANSWER TO COMPLAINT

    Pursuant to Fed. R. Civ P. 6(b)(1), Plaintiff, respectfully request an enlargement of time (60 days), to file a response to Defendants' 'Answer' to Plaintiff's complaint. In support of this motion, Plaintiff states the following:

    1. Defendants' filed 'Answer' to plaintiffs complaint on April 7, 2008 was received by Plaintiff on April 16, 2008 due to the fact that the said 'Answer' to complaint was sent on April 11, 2008 and processed as regular correspondence and not legal correspondence. (see attachment #1 Mail addressed to plaintiff from U.S. Department of Justice Dated April 11, 2008)

    2. Plaintiff is pro-se litigant and needs additional time to respond sufficiently to Defedants' Reply.

    3. Plaintiff hasn't formally received a ruling on previously filed motions.[1]

    4. Due to prison security concerns Plaintiff has not had an opportunity to adequately use the legal law library in preparations to respond.

5. A 60 Day extension of time will not prejudice Defendants'.

Wherefore, Plaintiff humbly and respectfully request that this enlargement of time be granted.

Dated: April 17, 2008                               Respctfully submitted,

                                                    *Ernest Smith*
                                                    ERNEST D. SMITH #11565007
                                                    USP LEWISBURG
                                                    PO. BOX 1000
                                                    Lewisburg, PA17837

---

1'MOTION TO STAY THE PROCEEDINGS', MOTION FOR SUMMARY JUDGEMENT TO STAY THE PROCEEDINGS'.



US POSTAGE $00.970

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

Ernest D. Smith, Pro Se
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Attachment #1

# CERTIFICATE OF SERVICE

I, __ERNEST D. SMITH_____, hereby certify that I have served a true and correct copy of the foregoing: MOTION FOR ENLARGEMENT OF TIME to

KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, NW Room 4210
Washington, D.C. 20530

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __18__ day of __April__, __2008__

Respectfully Submitted,

_Ernest Smith_

REG. NO. __11565-007__