April 27, 2008

Case No. 07-cv-1934

RMC

Re: Smith v. Reilly et. al, 1:07-cv-1934

Dear Honorable Judge Collyer,

    I am Ernest D. Smith pro se Plaintiff in the above captioned case. In my 42 U.S.C. § 1983 Civil complaint at page 15 paragraph 60 I incorrectly stated that I "would have been subject to a rehearing date of 18-24 months only". However I would not have been subject to any rehearing date.
    Therefore I ask that the Court and all parties take Judicial Notice that "no rehearing date would have been warranted" is the correct stated fact.

Respectfully,

*Ernest Smith*

4-27-08

Copies to: U.S. Attorney Kenneth Adebonojo

**RECEIVED**

MAY 1 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT