UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERNEST SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-cv-1934 (RMC) |
| | ) |
| EDWARD F. REILLY, Chairman, | ) |
| United States Parole Commission, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**
**TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until June 25, 2008, to file an opposition to Plaintiff's Motion for Summary Judgment. Defendant's opposition is due on May 27, 2008. In support of this motion, Defendants state the following:

1. Plaintiff brings this action alleging that denial of parole by Defendants constitutes a violation of the *ex post facto* clause of the Constitution. Plaintiff has filed a voluminous Motion for Summary Judgment.

2. Recently, on May 5, 2008, the Honorable Ellen S. Huvelle, U.S.D.J., entered a memorandum opinion on issued identical to Plaintiff's.

3. The undersigned is seeking an enlargement of the same time frame, June 25, 2008, in order to digest Plaintiff's voluminous pleading and to determine the implications of Judge Huvelle's lengthy opinion on Plaintiff's motion.

4.      Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

Dated: May 23, 2008

                Respectfully submitted,

                /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File a oppose Plaintiff's Motion for Summary Judgment to be served by first class mail upon *pro se* plaintiff at:

Ernest D. Smith, Pro se
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA
17837

on this 23rd day of May, 2008.   \_\_\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157