Honorable Rosemary M. Collyer
U.S. District Judge
U.S. District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20530

May 15, 2008

RECEIVED
MAY 23 2008
CHAMBERS OF
JUDGE COLLYER

*Let this be filed (w/o attachment) Rosemary M. Collyer 5/23/08*

Re: Smith v. Reilly et. al,
    Case No. 07-cv-1934

Dear Judge Collyer:

I am writing to draw the Court's attention to a recent decision of the District Court in, <u>Sellmon v. Reilly</u>, et. al., Civ. No. 06-01650(ESH) (5/5/08), that is relevant and significant to the Court's adjudication/disposition of my instant complaint.

On May 5, 2008, the Honorable Judge Ellen Segal Huevelle granted Summary Judgement in favor of several of the Plaintiffs (D.C. Code Offenders), in Sellmon v. Reilly, based on the ex post facto violations of the USPC (Defendants) use of their own Parole Guidelines as oppose to those of the District of Columbia Board of Parole.

Because the factual circumstances and legal arguments I've raised in my complaint are similar, if not identical to those raised and adjudicated on the merits in the Sellmon v. Reilly case as evidenced by the Notice of Related Case filed by the Attorney of the Plaintifs in the Sellmon v. Reilly case on November 15, 2007, I hereby request the Court to take Judical Notice of the legal and factual rulings and findings of Sellmon v. Reilly, Civ. No. 06-01650(ESH) (5/5/08), which are relevant and significant with respect to the instant proceedings now before the Court as referenced above.

A copy of the Order and Opinion is a attached for the Courts convience.

Respectfully Submitted,

Ernest D. Smith
Reg. No. 11565-007
P.O. Box 1000
Lewisburg, PA. 17837

Copies to:
U.S. Attorney's Office
District of Columbia

*Attachment available slip op on ECF*