UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERNEST SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1934 (RMC) |
| EDWARD F. REILLY, Chairman, United States Parole Commission, *et al.*, | ) |
| Defendants. | ) |

## ORDER

It is hereby

ORDERED that plaintiff's Motion to Stay Proceedings [Dkt. #6] and Motion To Grant Summary Judgment In Motion To Stay Proceedings [Dkt. #14] are DENIED. It is further

ORDERED that defendants' motion for an extension of time [Dkt. #21] is GRANTED *nunc pro tunc*. Defendants shall file their opposition to plaintiff's motion for summary judgment by **June 25, 2008**.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

Date: 2 June 2008