Honorable Rosemary M. Collyer
U.S. District Judge
U.S. District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001



May 30, 2008

    Re: Smith v. Reilly et. al,
        Case No. 07-cv-1934(RMC)

Dear Judge Collyer:

    I am writing in regards to obtaining counsel in the above captioned case No. 07-cv-1934(RMC).

    Plaintiff respectfully request that your Honor appoint counsel based upon the fact of Defendants apparent concession that Plaintiff's instant claims has merit. In Defendants recent Motion for 'Enlargement of Time', Defendants advised that Plaintiffs' suit raises "identical issues" as those contained in the Memorandum Opinion by the Hon. Ellen S. Huvelle, USDJ (May 5, 2008) in an identical actionable suit, which was granted in favor of the Plaintiffs therein. Accordingly, I ask that counsel be appointed here as was to the plaintiffs in the action before Judge Huvelle.

    Further, appointment of counsel increases the likelihood of timely, and efficient filings. As well, counsel is better suited than myself, a layman, to articulate to the court the comprehensive legal issues, rules of law and precedence relevant to the litigation, and to protect my significant rights.

    Thank you for your attention and patience.

                                    Respectfully Submitted,

                                    Ernest D. Smith
                                    11565-007

Copies to:

U.S. Attorney's Office
District of Columbia