UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-cv-1934 (RMC) |
| EDWARD F. REILLY, Chairman, United States Parole Commission, et al. | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until June 30, 2008, to file an opposition to Plaintiff's Motion for Summary Judgment. Defendants' opposition is due on June 25, 2008. In support of this motion, Defendants state the following:

1. Defendants' response to Plaintiff's Motion is substantially complete.

2. However, in light of Judge Huvelle's May 5, 2008, ruling on certain inmates' <u>ex post facto</u> claims similar to Plaintiff's, the Agency only today provided documents that require some revisions to Defendants' opposition.

3. The undersigned is seeking this brief enlargement in order to make appropriate revisions to Defendants' opposition and for submission for supervisory review.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply to this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

Dated: June 25, 2008

                        Respectfully submitted,

                        /s/
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                        /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

                        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File an opposition Plaintiff's Motion for Summary Judgment to be served by first class mail upon *pro se* plaintiff at:

Ernest D. Smith, Pro se
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA
17837

on this 25th day of June, 2008.   \_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157