UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERNEST SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-cv-1934 (RMC) |
| | ) |
| EDWARD F. REILLY, Chairman, | ) |
| United States Parole Commission, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until July 3, 2008, to file an opposition to Plaintiff's Motion for Summary Judgment. Defendants' opposition is due on June 30, 2008. In support of this motion, Defendants state the following:

1. Along with his motion for partial summary judgment, Plaintiff submitted an unwieldy 165-paragraph Statement of Material Facts.

2. The undersigned has been in consultation with the Agency regarding a counter-statement of material facts.

3. The undersigned is seeking this brief enlargement in order to finalize Defendants' counter-statement of material facts.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply to this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

Dated: June 30, 2008

                                          Respectfully submitted,

                                          /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

            /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

            /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File an opposition to Plaintiff's Motion for Summary Judgment to be served by first class mail upon *pro se* plaintiff at:

Ernest D. Smith, Pro se
Reg. No. 11565-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA
17837

on this 30th day of June, 2008.   \_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157