UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERNEST SMITH,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **EDWARD F. REILLY, Jr., Chairman,** ) <br> **United States Parole Commission,** *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 07-1934 (RMC) |

## ORDER

Defendants have filed an opposition to Plaintiff's motion for summary judgment with their cross- motion for summary judgment. *See* Dkt. # 27.  It is hereby

**ORDERED** that Plaintiff shall file his reply and opposition to Defendants' cross-motion, if any, by September 2, 2008.

**SO ORDERED**.

     /s/     
ROSEMARY M. COLLYER
United States District Judge

Date: July 15, 2008