Honorable Rosemary M. Collyer
U.S. District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

July 23, 2008

Re: Smith v. Reilly et. al.,
    Case No. 07-cv-1934(RMC)

*Let this be filed. R.M. Collyer 7/29/08*

Dear Judge Collyer:

    I am writing in regards to my failure to yet receive a copy of the filed 'Defendants Cross-Motion' for Summary Judgement.

    As your Honor already knows Defendants in this action were due to file their response to Plaintiff's Summary Judgement on July 3, 2008, and as of to date July 23, 2008 I have not received a copy of Defendants Cross-Motion.

    The Defendants in this proceeding are mandated to provide a copy of their pleadings to the parties involved as a fundamental rule, it is only because of Your Honors order that Plaintiff is to file his Reply and Opposition that Plaintiff knew that Defendants had responded.

    The Defendants have ignored procedure and ignored Plaintiff's substantial rights, and it's my hope that Your Honor can remedy this neglect in the future, and have Defendants provide Plaintiff a copy of said motion at once.

    Thank you for your time and attention.

Respectfully Submitted,

Ernest Smith 7-23-08
Ernest D. Smith
11565-007
USP Lewisburg
P.O. 1000
Lewisburg, PA 17837

**RECEIVED**
JUL 29 2008
CHAMBERS OF
JUDGE COLLYER